**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JERRY LEE DEDRICK,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIV-05-232-R |
| | ) | |
| **T.C. PETERSON,** | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered April 22, 2005. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the petition of Jerry Lee Dedrick for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice to refiling.

**IT IS SO ORDERED this 19th day of May, 2005.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE